FILED'10 NOV 09 10:58USDC-ORE

**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**Trina Mutt obo Terri Church**

        Plaintiff,

vs.

**Commissioner of Social Security**
        **Defendant.**

Civil No. 09-cv-01001-AA

**ORDER GRANTING AWARD**
**OF EAJA FEES, EXPENSES AND**
**COSTS**

**ORDER**

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as well as verification through the Treasury Offset Program that plaintiff has no debt, as discussed in <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $4,153.31 and expenses of $4.97 and costs of $10.34, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 8th day of November, 20 10

_____
                Judge

Presented by:
s/David B. Lowry
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223